Wednesday,
December 2.

THE STATE *v.* THE UNITED STATES.—On appeal.

THE *United States* in taking an appeal from an award of damages, made under the improvement act of 1836, must file an appeal-bond.